DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOY BRYANT SORIERO GHERCH,**
Appellant,

v.

**SAMI BRYANT CONSTANT,**
Appellee.

No. 4D19-1559

[January 9, 2020]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jose Izquierdo, Judge; L.T. Case No. 18-3820 DVCE 58/34.

Joy Bryant Soriero Gherch, Wilton Manors, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and KUNTZ, JJ., concur.

*   *   *

***Not final until disposition of timely filed motion for rehearing.***